IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CRAVEN,<br><br>Plaintiff,<br><br>vs.<br><br>PPG ARCHITECTURAL FINISHES, INC.,<br><br>Defendant. | Docket No.   2:24-cv-25<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Steven Craven, by and through his attorneys, Obermayer Rebmann Maxwell & Hippel LLP, files this Complaint, and states as follows:

1. Defendant PPG Architectural Finishes, Inc., violated Craven's right to be free from discrimination based on his age. Pursuant to 29 U.S.C. § 623 and 43 P.S. § 951, Craven alleges the deprivation of his rights as protected by the Age Discrimination in Employment Act and the Pennsylvania Human Relations Act. He seeks damages, equitable remedies, declaratory relief, attorney fees, litigation costs, expert witness fees, and expenses.

### JURISDICTION AND VENUE

2. Jurisdiction is proper over each of Steven Craven's claims arising under the laws of the United States under 28 U.S.C. § 1331.

3. This court has supplemental jurisdiction over Craven's state law claims under 28 U.S.C. § 1367.

4. The federal and state law claims alleged herein arose from a common nucleus of operative facts.

5. The state claims alleged herein are so related to the federal claims that they form part of the same case or controversy such that the actions would ordinarily be expected to be tried in one judicial proceeding.

6. A substantial part of the actions, events, and omissions upon which Steven Craven's claims are based occurred within Allegheny and Butler Counties in Pennsylvania.

7. The Western District of Pennsylvania is the proper venue to hear these claims.

8. Plaintiff filed a Charge of Discrimination with the EEOC (cross filed with the PHRC) and received a Notice of Right to Sue on December 20, 2023.

**PARTIES**

9. Craven is 62 years old.

10. At all times relevant, Craven resided in Butler County, Pennsylvania.

11. At all times relevant herein, Craven worked for Defendant, PPG Architectural Finishes, Inc. ("PPG").

12. PPG is a global manufacturer of paints, coatings, and specialty materials headquartered in Pittsburgh, Pennsylvania.

13. In 2023, PPG's domestic workforce exceeded 47,000 employees.

**FACTS**

14. Craven had more than twenty years of experience in paint and coating sales when he was hired by Akzo Nobel's North American Architectural Coatings Business ("Azko Nobel") on or about March 21, 2011, as a Regional Sales Manager for The Home Depot business line.

15. PPG acquired the business unit of Akzo Nobel that Craven worked for in 2013, causing Craven to become a Regional Manager in PPG's Architectural Coatings Business unit, The Home Depot business line.

16. In 2016, Craven moved to a position as a Regional Manager on PPG's Dealer Team, leading a team of twelve Account Representatives.

17. In or around 2019, Craven returned to The Home Depot business line of PPG as a Regional Sales Manager.

18. In or around November 2021, PPG announced the consolidation of its Home Depot and PPG Stores sales teams.

19. As a result, Craven was moved to the position of Regional Sales Manager for the Pittsburgh North region.

20. In this role, Craven was responsible for day-to-day management of the selling and operations functions of the Pittsburgh North region of PPG's Home Depot line of business as well as the day-to-day management of PPG Paints company stores in the region.

21. Craven collaborated with Greg Visnick, Regional Sales Manager of Pittsburgh South, to promote sales of PPG products at Home Depot stores throughout the Pittsburgh region.

22. Craven received positive performance reviews for the years 2019, 2020, and 2021 and successfully completed his bonus objective in sales each year.

23. In 2022, Craven received positive feedback from his supervisor—Divisional Manager Michael Niborski as well as Zone General Manager Jenny Burroughs. Craven had previously received positive feedback in 2021 from his then-supervisor, Divisional Manager Matthew Thoman. In 2020, he received positive feedback from his then-supervisor, National Sales and Operations Director Todd Adams.

24. In addition to the positive feedback, Niborski and Burroughs acknowledged that the Pittsburgh North region was dysfunctional before he inherited it and stated that his team would "have some leeway on sales" that year. They brought Craven on because he was a seasoned sales manager, expecting him to turn the region around.

25. Specifically, of Craven's six Account Development Managers, only two were seasoned veterans. One of the six was also out on an extended disability leave.

26. In or around April 2022, PPG announced that Craven's supervisor, Niborski, was being transferred to manage PPG's stores in Europe.

27. At a dinner with Niborski in April or May 2022, Craven expressed interest in being considered for the Divisional Manager position vacated by Niborski.

28. In response to Craven's interest in the position, Niborski asked Craven his age and how long he planned to continue working. Craven was 60 years old at the time.

29. Niborski advised Craven that he would not be seriously considered for the vacant Divisional Manager position because of his age.

30. Niborski acted in the course and scope of his employment by PPG when he discouraged Craven from applying for the vacant Divisional Manager position because of his age.

31. Despite this conversation with Niborski, Craven expressed his interest in being considered for the Divisional Manager position to Burroughs.

32. Burroughs was Niborski's superior and responsible for filling the Divisional Manager position.

33. Burroughs informed Steven Craven that he did not have the experience needed for the Divisional Manager position but failed to identify the experience he lacked.

34. Since Burroughs was the hiring manager for the position, Craven understood from this statement that she would not hire him and therefore did not formally apply.

35. Burroughs acted in the course and scope of her employment when she denied Craven the opportunity to apply for the Divisional Manager position.

36. Burroughs then retaliated against Craven for requesting the opportunity to interview for the Divisional Manager position.

37. Before Craven had expressed his interest in the Divisional Manager position, Burroughs included him in meetings and solicited his opinions.

38. After Craven expressed interest in the Divisional Manager position, he was shut out from meetings by Burroughs.

39. In May 2022, Burroughs filled the Divisional Manager position with Catie Landis, who is believed to be in her mid-30s.

40. Landis was transferred from PPG's Marketing division.

41. Landis had significantly less relevant sales experience than Craven.

42. As Divisional Manager, Landis became Craven's direct supervisor.

43. In June 2022, PPG consolidated its inventory of top-selling products at stores in the Pittsburgh South region in order to better maintain availability due to supply chain issues. While Craven's team continued to sell these products in the Pittsburgh North region, the sales were

credited to the Pittsburgh South region. This negatively impacted Craven's sales numbers in Pittsburgh North.

44. In June 2022, Visnick, Regional Sales Manager of Pittsburgh South, exited PPG.

45. In September 2022, the position left vacant by Visnick was filled by Todd Young.

46. Young was in his mid-40s at the time and was transferred from the Cleveland East region. Young was not placed on a PIP for the sales of the Cleveland East region, despite having worse sales than the Pittsburgh North region.

47. On October 12, 2022, Landis unexpectedly placed Craven on a Performance Improvement Plan ("PIP").

48. The terms of the PIP required Steven Craven to improve his region's sales to 110% of the prior year.

49. Craven was advised that if he failed to reach the 110% sales goal in his region, PPG would terminate his employment.

50. At the time, sales of PPG products faced significant headwinds due to multiple price increases over the course of 2022 and ongoing supply chain issues.

51. In fact, Craven had previously been advised that he could not initiate a PIP for one of his indirect reports because these same price increases and supply chain issues made it unfair to hold the employee accountable for falling sales.

52. PPG's price increases were outside of Craven's control.

53. PPG's supply chain issues were outside of Craven's control.

54. In addition, PPG aggregated the sales of the Pittsburgh North region with the Pittsburgh South region for purposes of Steven Craven's PIP.

55. The Pittsburgh South region was controlled by Young, not Craven, and therefore, Craven had no means to influence sales in the region.

56. In or around October or November 2022, Craven was excluded from a meeting at one of his Home Depot stores with the newly-hired General Manager of Architectural Finishes, Courtney Logsdon. Young was invited to attend instead of Craven. One of Craven's direct reports was also invited to attend.

57. On or about December 10, 2022, Craven's PIP was extended to January 1, 2023.

58. On January 11, 2023, PPG terminated Craven (then 61) along with another Regional Manager, age 58.

59. Six other Regional Managers were placed on PIPs at the same time as Craven. He and the aforementioned employee who was 58 were the only Regional Managers of the seven who were terminated. They were also the oldest of the seven. The others were ages 41, 44, 45, 42, and 38.

60. PPG then replaced Craven with Carrie Plowman, who is believed to be in her mid-30s.

61. Plowman has significantly less relevant sales experience than Craven.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### Age Discrimination – Disparate Treatment - ADEA

62. Plaintiff incorporates by reference the foregoing paragraphs.

63. PPG, by its actions and/or omissions as plead in this Complaint, violated the Age Discrimination in Employment Act ("ADEA") under 29 U.S.C. § 623.

64. Craven is in the ADEA's protected class, as he was older than 40 years old at the time of his termination.

65. Craven was qualified to hold his job with PPG.

66. Craven suffered an adverse employment action when PPG terminated his employment.

67. PPG fired Craven because of his age.

## SECOND CLAIM FOR RELIEF

### Age Discrimination – Disparate Treatment - PHRA

68. The Plaintiff incorporates by reference the foregoing paragraphs.

69. Defendant PPG, by its actions and/or omissions as plead in this Complaint, violated the Pennsylvania Human Relations Act ("PHRA") under 43 P.S. § 951, et seq.

70. Craven is in the PHRA's protected class as he was older than 40 years old at the time of his termination.

71. Craven was qualified to hold his job with PPG.

72. Craven suffered an adverse employment action when PPG terminated his employment.

73. PPG fired Craven because of his age.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

a. Reinstatement;

b. Back pay from January 11, 2023, to date of judgment;

    c. Front pay from date of judgment to a reasonable date in the future to compensate Craven for his lost earnings;

    d. An amount equal to back pay for liquidated damages;

    e. Compensatory and special damages for, including but not limited to, pain, suffering, inconvenience, mental anguish, emotional distress, loss of enjoyment of life, reputational damage, and other losses resulting from Defendant's above-described wrongful conduct towards Craven;

    f. Pre and post-judgment interest;

    g. Reasonable attorney's fees and costs;

    h. Declaratory and injunctive relief; and

    i. Any and all other relief that the Court deems just and proper.

Respectfully submitted:

Dated: January 5, 2023

*/s/Andrew J. Horowitz, Esquire*
Bruce C. Fox, Esquire
Pa. ID 42576
*bruce.fox@obermayer.com*
Andrew J. Horowitz, Esquire
Pa. ID 311949
*andrew.horowitz@obermayer.com*
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
412-566-1500
412-281-1530 (f)

*Attorneys for Plaintiff*

## VERIFICATION

I, Steven Craven, hereby certify subject to the penalties of perjury that the averments of facts contained in the within Complaint are true and correct to the best of my knowledge, information, and belief.

Dated: 01-04-2024

_____
STEVEN CRAVEN

4860-7530-9963 v3