# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CRAVEN, | : |
| Plaintiff, | : Civil Action No. 2:24-cv-00025-DSC |
| v. | : Judge David S. Cercone |
| PPG ARCHITECTURAL FINISHES, INC., | : |
| Defendant. | : JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

To the Clerk of Court:

Please mark the above-captioned action dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

OBERMAYER, REBMANN, MAXWELL & HIPPEL LLP

Dated: December 18, 2024

*/s/ Andrew J. Horowitz, Esq.*
Bruce C. Fox, Esquire (Pa Bar 42576)
Bruce.Fox@Obermayer.com
Andrew J. Horowitz, Esquire (Pa Bar 311949)
Andrew.Horowitz@Obermayer.com
525 William Penn Place, Ste 1710
Pittsburgh, PA 15219
(412) 566-1500

*Counsel for Plaintiff, Steven Craven*

**SO ORDERED:**
Dated: December 19, 2024

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge

4927-2325-1208 v1-12/18/24